# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| DAVID SANTANA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 6:23-cv-954-LCB-GMB |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

The Magistrate Judge entered a report recommending that the court dismiss this case without prejudice for Petitioner David Santana's failure to prosecute his claims. (Doc. 4). The Magistrate Judge advised Santana that he had 14 days to file objections. (Doc. 4 at 2). The court has received no objections.

Accordingly, the Court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. The Court **DISMISSES** this case **WITHOUT PREJUDICE** for Santana's failure to prosecute his claims.

**DONE** and **ORDERED** September 22, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE